UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20059-CIV-JORDAN/McALILEY

HUGO PORTILLA,

    Plaintiff,

v.

INTERNATIONAL SECURITY
MANAGEMENT GROUP, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER

THIS ACTION came before the Court on the Parties' Joint Notice Of Settlement and Agreed Motion For Approval Of Same. Having reviewed the notice and motion, and all relevant court submissions, considering the positions of the Parties, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED.

The Parties' settlement of this action is APPROVED.

This action is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers, in Miami, Florida, this ___ day of July, 2008.

_____
**ADALBERTO JORDAN**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

J.H. Zidell, Esquire, counsel for Plaintiff
Christopher P. Hammon, Esquire, counsel for Defendant